IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| MARGARET EARLINE JOYNER,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | No. C08-2007<br><br>ORDER REGARDING MOTION TO<br>ALTER OR AMEND JUDGMENT |

This matter comes before the Court on the Motion to Alter or Amend Judgment (docket number 20) filed by Plaintiff Margaret Earline Joyner on November 17, 2008. The Commissioner did not file a response. Joyner requests that the Court reconsider its Ruling on Judicial Review (docket number 17) filed on November 6, 2008 because there is not substantial evidence in the record as a whole to support the findings that the ALJ made a proper credibility finding with regard to Joyner's subjective allegations of disability, fully and fairly developed the record with regard to Joyner's VNS implant, or properly rejected the opinions of Dr. Targoff.

The Court has broad discretion in determining whether to grant or deny a motion to alter or amend judgment pursuant to Federal Rule of Civil Procedure 59(e). *United States v. Metropolitan St. Louis Sewer Dist.*, 440 F.3d 930, 933 (8th Cir. 2006). Rule 59(e) motions serve a limited function of correcting "'manifest errors of law or fact or to present newly discovered evidence.'" *Id.* (quoting *Innovative Home Health Care v. P.T.-O.T. Assoc. of the Black Hills*, 141 F.3d 1284, 1286 (8th Cir. 1998), in turn quoting *Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 413 (8th Cir. 1988)). Rule 59(e) motions cannot be used to introduce new evidence, offer new legal theories, or raise

1

arguments which could have been raised prior to entry of judgment. *Metropolitan St. Louis Sewer Dist.*, 440 F.3d at 933.

The Court, having thoroughly reviewed and considered Joyner's motion and its own Ruling filed on November 6, 2008, finds that Joyner has failed to present any manifest errors of law or fact or any newly discovered evidence requiring the Court to alter or amend judgment. Therefore, Joyner's motion is denied.

## *ORDER*

**IT IS THEREFORE ORDERED** that the Motion to Alter or Amend Judgment (docket number 20) filed by Plaintiff is hereby **DENIED**.

DATED this 5th day of December, 2008.

JON STUART SCOLES
United States Magistrate Judge
NORTHERN DISTRICT OF IOWA